**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Hillman Group, Inc., | ) No. CVO7-2446-PHX-JAT |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Hy-Ko Products Company, | ) |
| Defendant. | ) |

Plaintiff Hillman Group has filed a motion for leave to file a surreply (Doc. #23). Plaintiff claims that Defendant raised new legal arguments and facts in its reply and argues that the Court should not consider those new arguments and facts without giving Plaintiff an opportunity to respond. The Court will grant the motion to file a surreply, but to a limited extent. The surrply shall not exceed seven pages. The Clerk will strike the proposed surreply lodged at Docket #24.

Accordingly,

IT IS ORDERED granting the motion for leave to file a surreply (Doc. #23). The surreply shall not exceed seven (7) pages and shall be filed no later than February 25, 2008.

DATED this 20th day of February, 2008.

James A. Teilborg
United States District Judge